

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2011 AUG -3  PM 3: 58

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LEONARD OLIVER** | **CIVIL ACTION** |
| versus | NO. 11-0496 |
| **TERRY TERRELL, WARDEN** | SECTION: "F" (1) |

### O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of petitioner to file any objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal petition of **Leonard Oliver** for *habeas corpus* relief is **DISMISSED WITH PREJUDICE.**

New Orleans, Louisiana, this 2nd day of AUGUST, 2011.

_____
UNITED STATES DISTRICT JUDGE